In re KEEDY. (Supreme Court, Appellate Division, Second Department. January 15, 1904.). In the matter of the application of J. Marbourg Keedy for admission to the bar. No opinion. Application granted.

KEIM, Respondent, v. TOWNSEND, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Frederick Keim against David C. Townsend. D. McCurdy, for appellant. E. M. Shepard, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs and allowance, to the sum of $4,883.69, in which event the judgment as so modified, and the order appealed from, are affirmed, without costs.

KENNEDY, Respondent, v. THOMPSON, et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by William T. Kennedy against Le Marcus A. Thompson and another. No opinion. Motion to dismiss appeal denied, on condition that the appellant pays $10 costs and perfects his appeal within 10 days. Upon failure to comply with these conditions, the motion is granted, with $10 costs.

KIRKPATRICK, Appellant, v. ALLEMANNIA FIRE INS. CO. OF PITTSBURG, PA., Respondent. (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Action by John J. Kirkpatrick against the Allemannia Fire Insurance Company of Pittsburg, Pa. No opinion. Order affirmed, without costs.

KLEIN, Respondent, v. EAST RIVER ELECTRIC LIGHT CO., Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Frederick Klein against the East River Electric Light Company. No opinion. Motion granted. Questions to be settled on presentation of order.

KNIBBS v. EGGERS et al. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by William H. Knibbs against Jennie Mosher Eggers and others. No opinion. Judgment unanimously affirmed, with costs.

KOHON, Appellant, v. KOHON, Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Benjamin Kohon against Rose Kohon. S. Goolelman, for appellant. H. M. Marks, for respondent. No opinion. Judgment affirmed, with costs.

LANGLEY v. McKERNEN. (Supreme Court, Appellate Division, First Department. February 11, 1904.) Action by John Langley against James F. McKernen. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

LAWSON, Respondent, v. LORD, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by William C. Lawson against Franklin B. Lord, as executor. H. D. Baldwin, for appellant. C. B. Blair, for respondent. No opinion. Judgment and order affirmed, with costs.

LEARY, Respondent, v. CORVIN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Rose M. Leary against Lizzie J. Corvin and others. D. McClure, for appellants. J. A. Hodge, for respondent.

PER CURIAM. Judgment affirmed, with costs, on the opinion of the court below.

O'BRIEN, J., dissents.

LEAYCRAFT et al., Respondents, v. HEUER, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by J. Edgar Leaycraft and others against Henry O. Heuer. C. G. F. Wahle, for appellant. G. H. Crawford, for respondents. No opinion. Judgment and order affirmed, with costs.

LEISTEN, Respondent, v. CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Augustus Leisten against Anna Corning. No opinion. Judgment and order affirmed, with costs.

In re LEITCH'S WILL. (Supreme Court, Appellate Division, First Department. February 19, 1904.) In the matter of the will of John Leitch, deceased. W. J. Leitch, for appellant. J. E. Kelly, for respondent. No opinion. Decree affirmed, with costs.

LEWIS, Appellant, v. TINDEL MORRIS CO., Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Thomas A. Lewis against the Tindel Morris Company. J. D. P. White, for appellant. N. B. Beecher, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McCHESNEY, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Margaret J. McChesney against James Moore. J. H. Hazelton, for appellant. A. M. Thiery, for respondent.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer, on payment of costs in this court and in the court below.

VAN BRUNT, P. J., and HATCH, J., dissent.